## K. Matsumoto, Appellant, v. Sam Sachs et al., Appellees.

Gen. No. 44,675.

opinion filed September 27, 1949; released for publication October 14, 1949. Scalise, Chino & Schultz, for appellant; no appearance, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.